IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 08-217 |
| v.  ) | [UNDER SEAL] |
| ) | (18 U.S.C. § 922(a)(5)) |
| MORGAN A. JONES  ) | |

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about February 22, 2008, in the Western District of Pennsylvania, the defendant, MORGAN A. JONES, not being a licensed importer, manufacturer, dealer, or collector, did knowingly, willfully, and unlawfully transfer and deliver a firearm, namely, a Romanian AK 47 assault rifle, to another person, not a licensed importer, manufacturer, dealer, or collector, whom the defendant, MORGAN A. JONES, knew and had reasonable cause to believe did not reside in the state in which the transferor, the defendant, MORGAN A. JONES, resided.

In violation of Title 18, United States Code, Section 922(a)(5).

A True Bill,

_____
FOREPERSON

_____
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254