1534

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.  08-217 |
| v. ) | |
| ) | (18 U.S.C. §§ 922(a)(1)(A), |
| MORGAN A. JONES ) | 922(a)(5), and 922(d)(1)) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The grand jury charges:

From in or around 2006 until in or around June 2008, in the Western District of Pennsylvania, the defendant, MORGAN A. JONES, not being a licensed dealer of firearms, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## COUNT TWO

The grand jury further charges:

On or about September 29, 2007, in the Western District of Pennsylvania, the defendant, MORGAN A. JONES, did willfully and knowingly dispose of ammunition, specifically described as .50 caliber armor-piercing incendiary tracer projectiles, to M.H., knowing and having reasonable cause to believe that M.H. had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT THREE

The grand jury further charges:

On or about February 22, 2008, in the Western District of Pennsylvania, the defendant, MORGAN A. JONES, not being a licensed importer, manufacturer, dealer, or collector, did knowingly, willfully, and unlawfully transfer and deliver a firearm, namely, a Romanian AK 47 assault rifle, to another person, not a licensed importer, manufacturer, dealer, or collector, whom the defendant, MORGAN A. JONES, knew and had reasonable cause to believe did not reside in the state in which the transferor, the defendant, MORGAN A. JONES, resided.

In violation of Title 18, United States Code, Section 922(a)(5).

## FORFEITURE ALLEGATION

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts One, Two, and Three of this Superseding Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violations of Title 18, United States Code, Sections 922(a)(1)(A), 922(a)(5), and 922(d)(1), charged in Counts One, Two, and Three of the Superseding Indictment, the firearms and ammunition referenced in those Counts, which were involved and used in the knowing commission of those offenses, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

3. If, through any act or omission by the defendant, MORGAN A. JONES, the property described in paragraph 2 above (hereinafter the "Subject Property"):

  a. Cannot be located upon the exercise of due diligence;

  b. Has been transferred, sold to, or deposited with a third person;

  c. Has been placed beyond the jurisdiction of the Court;

  d. Has been substantially diminished in value; or

  e. Has been commingled with other property which cannot be subdivided without difficulty, the United States intends

to seek forfeiture of any other property of the defendant, MORGAN A. JONES, up to the value of the Subject Property forfeitable above pursuant to Title 18, United States Code, Sections 924(d)(1), Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c).

A True Bill,

*[signature]*

FOREPERSON

*[signature]*

MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254