IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-217 |
| | ) | |
| MORGAN A. JONES | ) | |

## GOVERNMENT'S POSITION
## WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by and through Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Margaret E. Picking, Assistant United States Attorney for said district, and respectfully files the following Government's Position with Respect to Sentencing Factors in accordance with the United States Sentencing Commission, Guidelines Manual, Section 6A1.2:

1. The undersigned counsel has reviewed the Pre-Sentence Report in the instant case.

2. The government has no objections, modifications or additions to the Pre-Sentence Report.

3. Prior to filing this pleading, the attorney for the government conferred with counsel for the defendant and the probation officer.

                    Respectfully submitted,

                    MARY BETH BUCHANAN
                    United States Attorney

                    By: s/Margaret A. Picking
                        MARGARET A. PICKING
                        Assistant U.S. Attorney
                        700 Grant Street, Suite 4000
                        Pittsburgh, PA  15219
                        (412)644-3500 (Phone)
                        (412)644-2645 (Fax)
                        margaret.picking@usdoj.gov
                        PA ID No. 28942