# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA

vs.

Jones

~~Plaintiff,~~

Defendant.

No. CR 8-217

TYPE OF CONFERENCE: Sentence ~~Case Management / Settlement Conference / Pre-Trial~~

Before Judge Ambrose

Margaret Picking, AUSA        Martin Dietz, ESQ
---
Appear for Plaintiff           Appear for Defendant

Hearing begun: 11:28 ~~____~~ 10/7/09   Hearing adjourned to: _____

Hearing concluded C.A.V.: 11:54 10/7/09   Clerk: Sherry Halfhill / Lisa Tumolo / (Jack Hamilton)
Anne Kurzweg / Susan Schupansky
Leigh Ferron / Carolyn Allen

Reporter: Michael Powers

Defendant sworn and spoke on his own behalf

Defendant sentenced to time served

Order and Judgment to follow